### HAYNES *v.* HAYNES.

FISH, C. J. This is a habeas-corpus proceeding brought by a husband against his wife (they living in a state of separation) for the custody of their six minor children, who are living with the mother. It does not appear that the judge on conflicting evidence abused his discretion in awarding the custody of four of the children to the father, and the other two to the mother.

*Judgment affirmed. All the Justices concur.*

No. 1858. OCTOBER 12, 1920.

Habeas corpus. Before Judge Nunnally. City court of Floyd county. January 7, 1920.

*M. B. Eubanks,* for plaintiff in error. *C. I. Carey,* contra.